## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THOMAS HASLAM | : No. 662 MAL 2017 |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (LONDON GROVE | : |
| COMMUNICATION) | : |
| | : |
| | : |
| PETITION OF: LONDON GROVE | : |
| COMMUNICATION | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.